```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
In the Matter of                                               :
                                                               :
SHARON MAHN                                                    :
-------------------------------------------------------------- :
                                                               :
SHARON MAHN,                                                   :
                                                               :
                                      Appellant,               :
                                                               :
                -against-                                      :
                                                               :
                                                               :
MAJOR, LINDSEY & AFRICA, LLC,                                  :
                                                               :
                                                               :
                                      Appellee.                :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/25
```

25-CV-07437 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED THAT:

    1.    The parties must file and provide Chambers with a courtesy copy of the Joint Appendix or other compilations comprising the documents designated for the record on appeal, as well as courtesy copies of their briefs and other filings in connection with this appeal. The parties are directed promptly to designate the record on appeal.

    2.    Appellant's brief shall be filed no later than October 24, 2025; Appellee's response shall be filed no later than November 21, 2025; and Appellant's reply shall be filed no later than December 19, 2025.

    3.    Given that, pursuant to Federal Rule of Bankruptcy Procedure 8019, the Court has discretion to determine whether oral argument will aid the decision process in light of the facts and legal arguments presented in the briefs, the Court will determine whether to hold oral

argument after the parties have filed their briefs.

**SO ORDERED.**

**Date: September 10, 2025**
        New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**