**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

In the Matter of

SHARON MAHN

-----------------------------------------------------------------X

SHARON MAHN,

Appellant,

-against-

MAJOR, LINDSEY & AFRICA, LLC,

Appellee.

-----------------------------------------------------------------X

25 **CIVIL** 7437 (VEC)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2026, Mahn's appeal of the Bankruptcy Court's decision that portions of her debt to MLA are not dischargeable pursuant to Section 523(a) of the Bankruptcy Code is denied. The Court has AFFIRMED the rulings of the Bankruptcy Court. Consistent with the Bankruptcy Court's judgment in the Adversary Proceeding, see AP Dkt. 65, Mahn is ordered to pay MLA the sum of $3,540,675.92, plus post-judgment interest, as provided in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**